

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00166-CR

EX PARTE NORMAN JOSEPH LANDRY

§ On Appeal from the 158th District Court

§ of Denton County (21-8789-158)

§ December 16, 2021

§ Memorandum Opinion by Justice Walker

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker